**ORIGINAL**

**FILED**

AUG 2 5 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
GREGORY QUIRING ) Case No. 05-51741 CN
)
HEIDI QUIRING ) **NOTICE OF UNCLAIMED DIVIDEND**
)
        Debtors )
)

The final dividend to Creditor, GEORGIA NATURAL GAS in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $11.13 as an unclaimed dividend.

    Claim # 54     GEORGIA NATURAL GAS
                      P O BOX 659411
                      SAN ANTONIO, TX 78265-7411

Dated: August 22, 2011

                                                      DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
JUN 0 3 2011
Devin Derham-Burk
Trustee, Chapter 13



USPS Postage $00.44 MAY 18 2011 MAILED FROM ZIP CODE 95032

NIXIE         792   DE 1          00  05/31/11
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 95150001313          *1056-04300-18-40

Returned envelope:
GEORGIA NATURAL GAS
P O BOX 659411
SAN ANTONIO, TX 78265-7411