ORIGINAL

FILED
SEP 07 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| In Re: | ) Chapter 13 |
|---|---|
| GREGORY QUIRING | ) Case No. 05-51741 CN |
| HEIDI QUIRING | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497143 for an unclaimed dividend in the amount of $7.59. The name and address of the claimant entitled to the unclaimed dividend is as follows;

GREGORY QUIRING
HEIDI QUIRING
2221 LONHORN LN
BUFFALO, MN  55313

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE